AO 455(Rev. 5/85) Waiver of Indictment

FILED

APR 24 2008

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MARIA MANUELA
FLORES-SEPULVEDA

WAIVER OF INDICTMENT

CASE NUMBER: 08CR1263-BEN

I, <u>MARIA MANUELA FLORES-SEPULVEDA</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___4/24/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Maria Flores_
Defendant

_[signature]_
Counsel for Defendant

Before _McKinney Jr._
JUDICIAL OFFICER